1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
10                   **SAN JOSE DIVISION**
11

| | |
|---|---|
| BENJAMIN VILLANUEVA, | Case No. 5:15-cv-04841  NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| SANTA CLARA COUNTY, | |
| Defendant. | |

    In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Magistrate Judge Paul S. Grewal to determine whether it is related to 5:15-cv-00820 PSG, Benjamin Villanueva v. Unknown Officer, and 5:15-cv-04828 PSG, Benjamin Villanueva v. Santa Clara County.

    IT IS SO ORDERED.

    Date:  November 6, 2015

                                    _____
                                    Nathanael M. Cousins
                                    United States Magistrate Judge